ALICE P. DICKINSON, Respondent, v. WILLIAM H. WOOL-·
VERTON, as President of · the NEW YORK TRANSFER
COMPANY, Appellant.

*Dickinson* v. *Woolverton*, 150 App. Div. 931, affirmed.
(Submitted. January 22, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered June 6, 1912, affirming a judgment in favor of
plaintiff entered upon a verdict directed by the court in
an action to recover for the loss of a trunk and its con-
tents delivered to the defendant, a common carrier of bag-
gage.    The defense alleged a special contract whereby its
liability was limited.

*Robert L. Redfield* for appellant.

*George M. Thompson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASF,
COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.